387 A.2d 919

Commonwealth v. Keller, Appellant.

Argued April 15, 1977. Sallie Ann Radick, with her Richard P. Joseph, for appellant; Joseph W. Hernandez-Cuebas, Assistant District

Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed and supersedeas dissolved.

WATKINS, former P. J., and VAN der VOORT, J., did not participate in the consideration or decision of this case.